

## NUMBER 13-08-00703-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**REYES CONSTRUCTION, INC.,** APPELLANT,

v.

**PANKAJ (P.K.) PATEL & RRAVIN BHAKTA,** APPELLEES.

---

### On Appeal from the 197th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Reyes Construction, Inc., perfected an appeal from a judgment rendered against it in favor of appellee, Pankaj (P.K.) Patel & Rravin Bhakta. On January 6, 2009, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on January 5, 2009, and that the deputy district clerk, Christina Tusa, had

notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b),(c).


PER CURIAM

Memorandum Opinion delivered
and filed this the 26th day of February, 2009.